HG

**ORIGINAL**

WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA   2955-0
JERRY P.S. CHANG   6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:   (808) 528-8881
e-mail:  aikeda@unioncounsel.net
         jchang@unioncounsel.net

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 02 2018
DISTRICT OF HAWAII

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS (**Pension Fund** by its Trustees, Cedric Ota, Greg Uyematsu, Leonard Leong, Alan Shintani, Fred Lau, Karl Kamada, Mark Matsumoto, Peter Ganaban, Joby North II, Alfonso Oliver, Pete Lindsey, and Narsi Ganaban; **Health & Welfare Fund** by its Trustees, Russell Nonaka, Anacleto Alcantra, Ron Prescott, Mark Tagami, Mark Tamashiro, Alfonso Oliver, Mark Matsumoto, Peter Ganaban, Joby North II, and Richard Nishie; **Annuity Fund** by its Trustees, Ryan Wada, Clay Asato, Anacleto Alcantra, Craig Nakanishi, Claude Matsumoto, | CIVIL NO. 18-00248-HG-KSC<br><br>**STIPULATED JUDGMENT** |

130246\974317

| | |
|---|---|
| Mark Matsumoto, Alfonso Oliver, Peter Ganaban, Joby North II, and Richard Nishie; **Laborers' and Employers' Cooperation and Education Trust Fund (LECET)** by its Trustees, Kenneth Kobatake, Leonard Dempsey, Mark Tamashiro, Deron Matsuoka, Peter Ganaban, Mark Matsumoto, Joseph Yaw, and Alfonso Oliver; **Apprenticeship and Training Fund** by its Trustees, Stephen Yoshida, Van Goto, Scott I. Higa, Leonard Leong, Anthony Tomas, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, Richard Nishie, and Alvis McCann; **Vacation & Holiday Fund by its Trustees**, Burt Watanabe, Kyle Nakamura, Anacleto Alcantra, Claude Matsumoto, Alfonso Oliver, Joby North II, Mark Matsumoto, and Peter Ganaban), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| R & D TECHNOLOGIES INC., a Hawaii corporation, | ) ) ) ) ) |
| Defendant. | ) ) |

130246\974317                                2

## STIPULATED JUDGMENT

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS (hereinafter "Plaintiffs" or "Trust Funds"), and R & D TECHNOLOGIES INC., a Hawaii corporation ("Defendant") that Plaintiffs have and recover judgment from Defendant, in the amount of $176,911.83, which is composed of the following claims:

1. Contributions (10/14 - 7/17 Audit and 6/17, 10/17 & 4/18 Reports): $107,650.56

2. Liquidated Damages (10/14-7/17 Audit and 6/17, 10/17 & 4/18 Reports): $ 36,328.27

3. Interest, through 7/2/18 ($35.39 per diem): $ 29,060.24

4. Attorney's Fees and Costs: $   3,872.76

    Total: $176,911.83

for said audit and report periods, plus additional post-Judgment interest.

IT IS FURTHER STIPULATED AND AGREED by the parties hereto that this Judgment will be effective July 2, 2018, or as of the date it is filed herein.

This Judgment covers only the claims specifically identified in this Stipulated Judgment. This Judgment does not include any unknown amounts which may be due to the Plaintiffs for audit periods subsequent to July 2017, which may be discovered at a later date, and specifically does not waive the right of the Trust Funds to audit Defendant R & D TECHNOLOGIES INC., for further time periods and collect any additional monies found delinquent as a result of such audit(s).

This is a final judgment disposing of all claims by all parties to this action and is being entered in accordance with Rule 54 of the Federal Rules of Civil Procedure, as there is no reason for delay.

DATED: Honolulu, Hawaii, _____, 2018.

**CHOI & ITO**

_____
CHUCK C. CHOI
Attorney for Defendant
R & D TECHNOLOGIES INC.,
a Hawaii corporation

APPROVED AND ACCEPTED:

**R & D TECHNOLOGIES INC.,**
**a Hawaii corporation**

**WEINBERG, ROGER & ROSENFELD**

_____
ASHLEY K. IKEDA
JERRY P.S. CHANG
Attorneys for Plaintiffs
TRUSTEES OF THE
HAWAII LABORERS'
TRUST FUNDS

_____
By DEREK S. TOYAMA, Its
President, Treasurer and Director


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED
COURT

TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al.; Plaintiffs, vs. R & D TECHNOLOGIES INC., a Hawaii corporation, Defendant; U.S.D.C., D. Haw.; CIVIL NO. 18-00248-HG-KSC; STIPULATED JUDGMENT.

STATE OF HAWAII                               )
                                              ) SS.
CITY AND COUNTY OF HONOLULU                   )

On this 28 day of June, 2018, before me personally appeared DEREK S. TOYAMA, to me, personally known, being by duly sworn, did say that he is the President, Treasurer and Director of R & D TECHNOLOGIES INC., a Hawaii corporation, and that the instrument was signed and sealed in behalf of the corporation by the authority of its board of directors, and DEREK S. TOYAMA, acknowledged the instrument to be the free act and deed of the corporation.

_____
Notary Public, State of Hawaii

My commission expires: 3/10/2021

---

Doc. Date: undated
No. of Pages (including Notary Certification): 7
Doc. Description: Stipulated
_____
_____

Signature _____  Date 6/28/2018
Notary Name: Jennifer Czerwinski
Notary Public, State of Hawaii
My Commission Expires: 3/10/2021
First Circuit
**NOTARY CERTIFICATION**

130246\974317                    7