WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail: aikeda@unioncounsel.net
          JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., | CIVIL NO. 18-00248-HG-KSC |
| Plaintiffs, | EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF ASHLEY K. IKEDA; ORDER; GARNISHEE SUMMONS; EXHIBIT "A" |
| vs. | |
| R & D TECHNOLOGIES INC., a Hawaii corporation, | |
| Defendant, | |
| and | |
| AMERICAN SAVINGS BANK; HAMASAKI CONSTRUCTION LLC; KIEWIT BUILDING GROUP INC., NORDIC PCL CONSTRUCTION, INC., and | |

130246\1003896

| | |
|---|---|
| PIONEER CONTRACTING COMPANY, LTD., | ) ) ) |
| Garnishees. | ) ) ) |

### EX PARTE MOTION FOR ISSUANCE OF <u>GARNISHEE SUMMONS AFTER JUDGMENT</u>

Plaintiffs move this Honorable Court to issue Garnishee Summons to AMERICAN SAVINGS BANK (hereinafter "ASB"), HAMASAKI CONSTRUCTION LLC (hereinafter "HAMASAKI"), KIEWIT BUILDING GROUP, INC. (hereinafter "KIEWIT"), NORDIC PCL CONSTRUCTION, INC. (hereinafter "NORDIC"), and PIONEER CONTRACTING COMPANY, LTD. (hereinafter "PIONEER"), (also hereinafter collectively referred to as "Garnishees"), summoning Garnishees to disclose (1) any and all goods and effects, and/or amounts held; (2) any amounts coming due at any time in the future; and (3) any amounts Garnishees were in receipt of for any salary, stipend, commissions, wages, annuity, or net income under a trust held by Garnishees, on account of Defendant R & D TECHNOLOGIES INC., a Hawaii corporation, and ordering the Garnishees to hold and secure said goods and effects, and/or amounts as provided in the Garnishee Summons attached hereto.

This motion is brought pursuant to Rules 7(b) and 69, <u>Federal Rules of Civil Procedure</u>, Chapter 652 of the <u>Hawaii Revised Statutes</u>, the Declaration attached hereto and the records and files herein.

DATED:  Honolulu, Hawaii, _____January 3_____, 2019.

WEINBERG, ROGER & ROSENFELD

By_____
ASHLEY K. IKEDA
JERRY P.S. CHANG
Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII
LABORERS' TRUST FUNDS