IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> R & D TECHNOLOGIES INC., a Hawaii corporation, <br><br> Defendant, <br><br> and <br><br> AMERICAN SAVINGS BANK; HAMASAKI CONSTRUCTION LLC; KIEWIT BUILDING GROUP INC., NORDIC PCL CONSTRUCTION, INC., and PIONEER CONTRACTING COMPANY, LTD., <br><br> Garnishees. | CIVIL NO. 18-00248-HG-KSC <br><br> DECLARATION OF ASHLEY K. IKEDA |

<u>DECLARATION OF ASHLEY K. IKEDA</u>

ASHLEY K. IKEDA, declares as follows:

1. He is one of the attorneys for Plaintiffs herein and as such has knowledge of the facts hereinafter set forth.

130246\1003896

2. On June 25, 2018 [Doc. No. 1], Plaintiffs filed a Complaint For Specific Performance, Assumpsit And Damages; Exhibit "A"; Summons ("Complaint") in the above-entitled Court which commenced this action to recover judgment against the above-named Defendant R & D TECHNOLOGIES INC., a Hawaii corporation ("Defendant R & D"), for the recovery of damages consisting of unpaid contributions and liquidated damages owing to Plaintiffs TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS ("Plaintiffs") and costs, interest and attorneys' fees.

3. On July 6, 2018, this Court filed a "Stipulated Judgment" [Doc. No. 10] in favor of Plaintiffs and against Defendant R & D Technologies, Inc., a Hawaii corporation, in the amount of $176,911.83.

4. The Stipulated Judgment has not been reversed, modified or set aside, and this matter has not been stayed or appealed, and there is still due and owing as of December 4, 2018, the minimum principal sum of $153,510.47, together with accruing post-judgment interest, costs and attorneys' fees. Plaintiffs thus seek garnishment in the minimum amount of $153,510.47, plus

post-judgment interest accruing at $9.84 per diem from December 4, 2018.

5. Plaintiffs are still the owners of said Judgment.

6. Plaintiffs hereby move this Court to issue Garnishee Summons to AMERICAN SAVINGS BANK (hereinafter referred to as "Garnishee ASB"), HAMASAKI CONSTRUCTION LLC (hereinafter "HAMASAKI"), KIEWIT BUILDING GROUP, INC. (hereinafter "KIEWIT"), NORDIC PCL CONSTRUCTION, INC. (hereinafter "NORDIC"), and PIONEER CONTRACTING COMPANY, LTD., (hereinafter "PIONEER") (also hereinafter collectively referred to as "Contractor Garnishees"), in this instant motion.

7. Declarant is informed and believes that said Contractor Garnishees are holding, are in receipt of, or will receive and be in possession of funds, salary, stipends, commission, or wages belonging and owing to Defendant. The funds sought to be garnished from Contractor Garnishees, are amounts due to Defendant for work on various contracts/projects.

8. Declarant is informed and believes that Defendant is actively employed and doing business and has an active bank account in Hawaii and that Garnishee ASB is holding, is in receipt

of, or will receive and be in possession of funds, salary, stipends, commission, or wages belonging and owing to Defendant.

9. The funds sought to be garnished from AMERICAN SAVINGS BANK is the personal, business or commercial account(s) of Defendant.

10. Defendant R & D Technologies Inc. is a Hawaii corporation thus the funds sought to be garnished are not traceable to AFDC grants or Social Security benefits.

I declare under penalty and/or perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, January 3, 2019.

By_____
ASHLEY K. IKEDA