WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
         JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., | CIVIL NO. 18-00248-HG-KSC |
| Plaintiffs, | GARNISHEE SUMMONS |
| vs. | |
| R & D TECHNOLOGIES INC., a Hawaii corporation, | |
| Defendant, | |
| and | |
| AMERICAN SAVINGS BANK; HAMASAKI CONSTRUCTION LLC; KIEWIT BUILDING GROUP INC., NORDIC PCL CONSTRUCTION, INC., and PIONEER CONTRACTING | |

```
COMPANY, LTD.,                )
                              )
        Garnishees.           )
_____)
```

## GARNISHSEE SUMMONS

TO: ANY PERSON IN HAWAII AUTHORIZED TO MAKE SERVICE

You are commanded to leave a true and attested copy of this Summons and Order with the above-named Garnishees at the following address:

   TO:   AMERICAN SAVINGS BANK
Legal Department
1001 Bishop Street
Honolulu, Hawaii 96813

HAMASAKI CONSTRUCTION LLC
c/o its Agent, Brad Lee Hamasaki
2130 Bannister Place
Honolulu, Hawaii  96819

KIEWIT BUILDING GRUP INC.
c/o its Agent, The Corporation Company, Inc.
1136 Union Mall, Ste. 301
Honolulu, Hawaii  96813

NORDIC PCL CONSTRUCTION, INC.
c/o its Agent, National Registered Agents of HI, Inc.
1136 Union Mall, Ste. 301
Honolulu, Hawaii 96813

PIONEER CONTRACTING COMPANY, LTD.
c/o it Agent, Dean Fujiwara
930 Kilani Avenue
Wahiawa, Hawaii  96786

Garnishees

You, as Garnishees, are hereby SUMMONED and required to appear personally before the Honorable KEVIN S.C. CHANG, U.S. District Court Magistrate Judge, in his Courtroom in the Prince Kuhio Federal Building, Honolulu, Hawaii, at _____, \_\_\_.m. on _____, 2019, OR to file a written disclosure in the above-entitled Court, and serve a copy of it on the Plaintiffs or their attorney within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath. It must state whether you have or at the time of service:

    a.    had any of the goods or effects of the Defendants above-named in your hands, and if so, their nature, amount and value; or

    b.    were or are indebted to the Defendants, and if so, the nature and amount of the debt; or

    c.    Defendants were in receipt from you of any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust, and if so, the amount or rate thereof.

You as Garnishees are HEREBY ORDERED, to hold and secure from the time of service of this Summons, and until further

order by the Court, an amount of money which shall not exceed 120% of the amount of judgment, $153,510.47, as to Defendant R & D TECHNOLOGIES, INC., a Hawaii corporation, plus pre-judgment interest and post-judgment attorney's fees, interest and costs, as provided by H.R.S. Chapters 652 and 653, as amended. <u>See</u> FEDERAL WAGE GARNISHMENT LAW, attached hereto as Exhibit "A", FOR APPLICABLE RESTRICTIONS.

(Singular includes plural and masculine includes feminine and neuter.)

     DATED: Honolulu, Hawaii, _____.

 

                                                          _____
                                                          CLERK OF THE ABOVE-ENTITLED COURT

 

                                                          _____
                                                          DEPUTY CLERK OF THE ABOVE ENTITLED COURT