WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
            JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., | ) ) ) | CIVIL NO. 18-00248-HG-KSC |
| | ) | ORDER |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| R & D TECHNOLOGIES INC., a Hawaii corporation, | ) ) ) | |
| Defendant, | ) ) ) | |
| and | ) ) | |
| AMERICAN SAVINGS BANK; HAMASAKI CONSTRUCTION LLC; KIEWIT BUILDING GROUP INC., NORDIC PCL CONSTRUCTION, INC., and | ) ) ) ) ) | |

PIONEER CONTRACTING )
COMPANY, LTD., )
)
                Garnishees. )
_____ )

## ORDER

The foregoing Ex Parte Motion is granted and it is HEREBY

ORDERED that Garnishee Summons issue according to law.

DATED:  Honolulu, Hawaii, _____.


_____
JUDGE OF THE ABOVE-ENTITLED
COURT


--------------------------------------------------------------------------------
*HAWAII LABORERS' TRUST FUNDS, et al., Plaintiffs, vs. R & D Technologies, Inc., a Hawaii corporation, Defendant, American Savings, Kiewit Building Group Inc., Hamasaki Construction LLC, Nordic PCL Construction, Inc., and Pioneer Contracting Company, Ltd.,* Garnishees; U.S.D.C.; D. Haw.; Civil No. 18-00248-HG-KSC; ORDER.

130246\1003896                              2