WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii 96813
Telephone No.: (808) 528-8880
Facsimile No.: (808) 528-8881
e-mail: aikeda@unioncounsel.net
        JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> R & D TECHNOLOGIES INC., a Hawaii corporation, <br><br> Defendant, <br><br> and <br><br> AMERICAN SAVINGS BANK; HAMASAKI CONSTRUCTION LLC; KIEWIT BUILDING GROUP INC., NORDIC PCL CONSTRUCTION, INC., and | CIVIL NO. 18-00248-HG-RT <br><br> **WITHDRAWAL OF EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT [DOC. NO. 11]** <br><br> Hearing Date: Feb. 6, 2019 <br> Time: 9:30 a.m. <br> Mag. Judge: Rom A. Trader |

```
PIONEER CONTRACTING      )
COMPANY, LTD.,           )
                         )
         Garnishees.     )
_____)
```

**WITHDRAWAL OF EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT [DOC. NO. 11]**

Plaintiffs, Trustees of the Hawaii Laborers' Trust Funds, by and through their attorneys, WEINBERG, ROGER & ROSENFELD, hereby withdraw their *Ex Parte Motion for Issuance of Garnishee Summons After Judgment* [Doc. No. 11] (AMERICAN SAVINGS BANK; HAMASAKI CONSTRUCTION LLC; KIEWIT BUILDING GROUP INC., NORDIC PCL CONSTRUCTION, INC., and PIONEER CONTRACTING COMPANY, LTD.), filed on January 3, 2019, and scheduled for return hearing on its Garnishee Summons on February 6, 2019 at 9:30 a.m. before the Honorable Magistrate Judge Rom A. Trader.

DATED: Honolulu, Hawaii, _January 18_, 2019.

WEINBERG, ROGER & ROSENFELD

By _____
ASHLEY K. IKEDA
JERRY P.S. CHANG
Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII
LABORERS' TRUST FUNDS