WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii 96813
Telephone No.: (808) 528-8880
Facsimile No.: (808) 528-8881
e-mail: aikeda@unioncounsel.net
        JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., | ) ) ) | CIVIL NO. 18-00248-HG-RT |
| | ) | RETURN OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| R & D TECHNOLOGIES INC., a Hawaii corporation, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| AMERICAN SAVINGS BANK; HAMASAKI CONSTRUCTION LLC; KIEWIT BUILDING GROUP INC., NORDIC PCL CONSTRUCTION, INC., and | ) ) ) ) ) | |

PIONEER CONTRACTING )
COMPANY, LTD., )
)
              Garnishees. )
_____ )

### RETURN OF SERVICE

      I hereby certify that I served the document herein by delivering a certified copy of the document to the person at the time, date and place herein shown.

      DOCUMENT(S) SERVED:

**GARNISHEES SUMMONS; EXHIBIT "A"**

NAME OF PERSON SERVED

Kathy Higa, Senior Deposit Analyst

| TIME | DATE | PLACE |
|---|---|---|
| 9:31 a.m. | 3/6/19 | AMERICAN SAVINGS BANK<br>Legal Department<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 |

DATED:    March 6, 2019    , Honolulu, Hawaii

                                  Lina D. Pangelinan, Legal Secretary