AMERICAN SAVINGS BANK
Legal Department
P.O. Box 2300
Honolulu, Hawaii 96804-2300
Telephone: (808) 545-6249

Garnishee
AMERICAN SAVINGS BANK, F.S.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> R & D TECHNOLOGIES INC., a Hawaii corporation, <br><br> Defendant. | CIVIL NO. 18-00248 HG-RT <br> (Contract) <br><br> ANSWER AND DISCLOSURE OF GARNISHEE AMERICAN SAVINGS BANK; CERTIFICATE OF SERVICE |

## ANSWER AND DISCLOSURE OF
## GARNISHEE AMERICAN SAVINGS BANK

AMERICAN SAVINGS BANK, a federal savings bank ("Garnishee"), for its Answer and Disclosure states that at the time and place of service of the Garnishee Summons herein:

There were no funds on deposit with Garnishee within the State of Hawaii to the credit of **R & D TECHNOLOGIES INC.** ("Defendant").



Other than as above disclosed at said time and place of service of process, this Garnishee was not indebted to said Defendant, said Defendant was not in the employ of this Garnishee, this Garnishee did not have any goods or effects of the Defendant in its hand, and this Garnishee was not the agent, factor or trustee of Defendant.

The undersigned declares under penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of her knowledge and belief.

DATED: Honolulu, Hawaii  MAR 06 2019

AMERICAN SAVINGS BANK

BY: _____
MARIA LELANI L. VILORIA
Legal Documents Assistant

This 2 page Answer and Disclosure of Garnishee American Savings Bank dated MAR 06 2019, was subscribed and Sworn to before me on MAR 06 2019, In the First Circuit, State of Hawaii by MARIA-LELANI L. VILORIA

_____
JANICE H. OHISA
Notary Public, State of Hawaii
My commission expires: January 28, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on ___MAR 06 2019___, a copy of the foregoing ANSWER AND DISCLOSURE of AMERICAN SAVINGS BANK was duly served by depositing same in the United States Mail, postage prepaid, to the following person at the address below:

WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, HI 96813

Attorneys for Plaintiff
Trustees of the Hawaii Laborers' Trust Funds

DATED:   Honolulu, Hawaii,   MAR 06 2019 _____

_____
MARIA LELANI L. VILORIA
Legal Documents Assistant